IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRENNAN R. TRASS,

            **Plaintiff,**

    v.                                                                                          **CASE NO. 24-3208-JWL**

STATE OF KANSAS, et al.,

            **Defendants.**

### MEMORANDUM AND ORDER

This civil rights action under 42 U.S.C. § 1983 comes before the Court on Plaintiff's pro se motion for extension of time (Doc. 9) to pay the initial partial filing fee and to file an amended complaint. The motion will be granted. Plaintiff will be granted to and including February 3, 2025 to submit the initial partial filing fee and an amended complaint that cures all the deficiencies identified in the Court's prior order (Doc. 7). No further extensions will be granted.

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time (Doc. 9) is **granted.** Plaintiff is granted to and including February 3, 2025 in which to submit the initial partial filing fee and an amended complaint that cures all the deficiencies identified in the Court's prior order (Doc. 7). If Plaintiff fails to do so, this matter may be dismissed without further prior notice to Plaintiff.

    **IT IS SO ORDERED.**

    DATED:  This 26th day of December, 2024, at Kansas City, Kansas.

                                              S/ John W. Lungstrum
                                              JOHN W. LUNGSTRUM
                                              United States District Judge