IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRENNAN R. TRASS,

        **Plaintiff,**

    v.                                                                                                        **CASE NO. 24-3208-JWL**

STATE OF KANSAS, et al.,

        **Defendants.**

**MEMORANDUM AND ORDER**

Plaintiff Brennan R. Trass, who is currently incarcerated at the Reno County Correctional Facility in Hutchinson, Kansas, filed this civil rights action under 42 U.S.C. § 1983 on November 20, 2024. (Doc. 1.) On November 26, 2024, the Court granted Plaintiff's motion for leave to proceed in forma pauperis and assessed an initial partial filing fee of $116.00, due on or before December 10, 2024. (Doc. 6.) On December 5, 2024, the Court issued a memorandum and order explaining to Plaintiff that certain deficiencies in the complaint left this matter subject to dismissal in its entirety. (Doc. 7.) The Court granted Plaintiff to and including January 7, 2025 in which to file a complete and proper amended complaint that cures all the deficiencies. *Id.* Plaintiff did not pay the initial partial filing fee by the deadline of December 10, 2024.

On December 23, 2024, the Court received from Plaintiff a motion for extension of time in which to pay the initial partial filing fee and to file an amended complaint. (Doc. 9.) Plaintiff explained that he had recently been transferred to Reno County Correctional Facility and he had not timely received the Court's prior orders. *Id.* The Court granted the motion, extending the deadline for payment of the initial partial filing fee and for filing an amended complaint to February 3, 2025. (Doc. 10.)

On February 10, 2025, the Court received from Plaintiff a motion for a second extension

1

of the time granted to file the amended complaint. (Doc. 11.) Plaintiff explains that he is having difficulty obtaining legal materials he has requested through the facility in which he is now housed. *Id.* Thus, he seeks an additional 60 days in which to file his amended complaint. *Id.* Plaintiff does not address the initial partial filing fee, which he has not yet paid to this Court.

The motion will be granted in part and denied in part. Plaintiff will be granted to and including March 11, 2025 in which to submit the initial partial filing fee and in which to file an amended complaint that cures all the deficiencies identified in the Court's prior order (Doc. 7). No further extensions will be granted. Moreover, Plaintiff must pay the initial partial filing fee on or before March 11, 2025. If Plaintiff fails to pay the initial partial filing fee on or before March 11, 2025, this matter will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order. If Plaintiff fails to file an amended complaint on or before March 11, 2025, this matter will be dismissed without prejudice because the operative complaint (Doc. 1) fails to state a plausible claim on which relief could be granted, as explained in the Court's previous memorandum and order.

**IT IS THEREFORE ORDERED** that the Motion for Extension of Time (Doc. 11) is **granted in part and denied in part.** Plaintiff is granted to and including **March 11, 2025** in which to submit the initial partial filing fee. Plaintiff is also granted to and including **March 11, 2025** in which to submit an amended complaint that cures all the deficiencies identified in the Court's prior order (Doc. 7). If Plaintiff fails to comply with either of these deadlines, this matter will be dismissed without further prior notice to Plaintiff.

**IT IS SO ORDERED.**

DATED: This 11th day of February, 2025, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge
