IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**BRENNAN R. TRASS,**

   **Plaintiff,**

   v.                                  CASE NO. 24-3208-JWL

**STATE OF KANSAS, et al.,**

   **Defendants.**

### MEMORANDUM AND ORDER

Plaintiff Brennan R. Trass began this pro se action under 42 U.S.C. § 1983 by filing a complaint and a motion for leave to proceed in forma pauperis in November 2024. (Docs. 1 and 2.) On November 26, 2024, the Court granted the motion for leave to proceed in forma pauperis and assessed an initial partial filing fee of $116.00, due on or before December 10, 2024. (Doc. 6.) Plaintiff then sought and obtained an extension of time in which to pay the initial partial filing fee (Docs. 9 and 10), which set the deadline for payment as February 3, 2025. In a subsequent order, the Court again extended the deadline for payment until March 11, 2025. (Doc. 12.) The Court expressly cautioned Plaintiff that if he "fails to pay the initial partial filing fee on or before March 11, 2025, this matter will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to comply with a court order." (Doc. 12, p. 2.) As of the date of this order, the Court has received nothing further from Plaintiff.

The deadline to pay the initial partial filing fee has now passed and Plaintiff has not complied, nor has he filed anything further in this matter. Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action "if the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b); *See also Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (noting that Rule 41(b) "has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure . . . to comply with the . . . court's orders"). Because Plaintiff has

1

failed to comply with the Court's orders, the Court concludes that this matter should be dismissed without prejudice under Rule 41(b).

**IT IS THEREFORE ORDERED THAT** this matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(b) for failure to comply with a court order.

**IT IS SO ORDERED**.

Dated on this 24th day of March, 2025, in Kansas City, Kansas.

<u>s/ John W. Lungstrum</u>
JOHN W. LUNGSTRUM
United States District Judge